The order below is hereby signed

Signed: April 15 2019



_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
STACEY CECELIA MILLS,          )    Case No. 18-00737
                               )    (Chapter 13)
              Debtor.          )    Not for publication in
                               )    West's Bankruptcy Reporter.

MEMORANDUM DECISION AND ORDER
RE MOTION TO EXTEND AUTOMATIC STAY

The debtor has filed a *Motion to Extend Automatic Stay* (Dkt. No. 45), wherein the debtor is seeking to have the automatic stay extended to all creditors pursuant to 11 U.S.C. § 362(c)(3). That provision does not apply when no case has been commenced after the dismissal of a prior case. This case has not been preceded by another case that was dismissed. Nor has the debtor filed a petition commencing a new case. Moreover, this case having been dismissed, there is no case pending in which to extend the automatic stay. It is

ORDERED that the debtor's *Motion to Extend Automatic Stay* (Dkt. No. 45) is DENIED.

[Signed and dated above.]

Copies to: Debtor; recipients of e-notifications of orders.